| | Summary of WestFax, Inc.'s Invoices (WestFax Decl. Comp. Ex. 2) | |
|---|---|---|
| | **Invoice Date     Broadcast ID** | **Quantity** |
| 1. | Date:  3/12/2014 Job: BFX-44079568 | 27,745 |
| 2. | Date:  3/12/2014 Job: BFX-44079711 | 5,309 |
| 3. | Date:   4/1/2014 Job: BFX-44947360 | 1,300 |
| 4. | Date:   4/1/2014 Job: BFX-44943865 | 11,059 |
| 5. | Date:   4/2/2014 Job: BFX-44995492 | 5,363 |
| 6. | Date:   4/2/2014 Job: BFX-44995981 | 28,145 |
| 7. | Date:   4/3/2014 Job: BFX-45037244 | 3,993 |
| 8. | Date:   4/3/2014 Job: BFX-45037266 | 34,596 |
| 9. | Date:   4/9/2014 Job: BFX-45302687 | 1,289 |
| 10. | Date:   4/9/2014 Job: BFX-45302979 | 10,236 |
| 11. | Date:  4/10/2014 Job: BFX-45338842 | 991 |
| 12. | Date:  4/10/2014 Job: BFX-45338843 | 5,396 |
| 13. | Date:  4/22/2014 Job: BFX-45849738 | 3,842 |
| 14. | Date:  4/22/2014 Job: BFX-45849739 | 33,162 |
| 15. | Date:   5/7/2014 Job: BFX-46478458 | 5,380 |
| 16. | Date:   5/7/2014 Job: BFX-46478753 | 28,346 |
| 17. | Date:   5/8/2014 Job: BFX-46541614 | 4,020 |
| 18. | Date:   5/8/2014 Job: BFX-46542198 | 34,679 |
| 19. | Date:  5/21/2014 Job: BFX-47095241 | 5,247 |
| 20. | Date:  5/21/2014 Job: BFX-47096090 | 28,003 |
| 21. | Date:  5/22/2014 Job: BFX-47165287 | 34,152 |
| 22. | Date:  5/22/2014 Job: BFX-47165714 | 4,005 |
| 23. | Date:  5/22/2014 Job: BFX-47168720 | 5,448 |
| 24. | Date:  5/22/2014 Job: BFX-47170236 | 1,055 |
| 25. | Date:  5/22/2014 Job: BFX-47174192 | 11,239 |

| | | | |
|---|---|---|---|
| 26. | Date: | 5/22/2014 Job: BFX-47174682 | 1,282 |
| 27. | Date: | 6/10/2014 Job: BFX-47949561 | 3,914 |
| 28. | Date: | 6/10/2014 Job: BFX-47950771 | 33,096 |
| 29. | Date: | 6/10/2014 Job: BFX-47952544 | 27,512 |
| 30. | Date: | 6/10/2014 Job: BFX-47962902 | 5,213 |
| 31. | Date: | 6/10/2014 Job: BFX-47964265 | 1,065 |
| 32. | Date: | 6/10/2014 Job: BFX-47968679 | 10,977 |
| 33. | Date: | 6/10/2014 Job: BFX-47970977 | 1,294 |
| 34. | Date: | 6/10/2014 Job: BFX-47954056 | 5,252 |
| 35. | Date: | 6/12/2014 Job: BFX-48049320 | 32,270 |
| 36. | Date: | 6/12/2014 Job: BFX-48049777 | 3,770 |
| 37. | Date: | 6/12/2014 Job: BFX-48050432 | 26,629 |
| 38. | Date: | 6/12/2014 Job: BFX-48050931 | 5,177 |
| 39. | Date: | 6/12/2014 Job: BFX-48054114 | 5,193 |
| 40. | Date: | 6/12/2014 Job: BFX-48055280 | 1,027 |
| 41. | Date: | 6/12/2014 Job: BFX-48056432 | 10,518 |
| 42. | Date: | 6/12/2014 Job: BFX-48057392 | 1,235 |
| 43. | Date: | 7/8/2014 Job: BFX-49059038 | 30,948 |
| 44. | Date: | 7/8/2014 Job: BFX-49059754 | 3,760 |
| 45. | Date: | 7/9/2014 Job: BFX-49122861 | 24,618 |
| 46. | Date: | 7/10/2014 Job: BFX-49193294 | 4,925 |
| 47. | Date: | 7/10/2014 Job: BFX-49195908 | 9,693 |
| 48. | Date: | 7/22/2014 Job: BFX-49703748 | 3,757 |
| 49. | Date: | 7/22/2014 Job: BFX-49704064 | 30,723 |
| 50. | Date: | 7/23/2014 Job: BFX-49760010 | 4,953 |
| 51. | Date: | 7/23/2014 Job: BFX-49760215 | 24,765 |
| 52. | Date: | 8/12/2014 Job: BFX-50633115 | 3,716 |
| 53. | Date: | 8/12/2014 Job: BFX-50633790 | 31,099 |

| | | |
|---|---|---|
| 54. | Date: 8/13/2014 Job: BFX-50689969 | 25,928 |
| 55. | Date: 8/13/2014 Job: BFX-50690966 | 4,854 |
| 56. | Date: 8/19/2014 Job: BFX-50934238 | 31,353 |
| 57. | Date: 8/19/2014 Job: BFX-50934549 | 3,664 |
| 58. | Date: 8/20/2014 Job: BFX-50981509 | 26,022 |
| 59. | Date: 8/20/2014 Job: BFX-50983460 | 5, 113 |
| 60. | Date: 8/20/2014 Job: BFX-50988460 | 10,375 |
| 61. | Date: 9/9/2014 Job: BFX-51684809 | 31,596 |
| 62. | Date: 9/10/2014 Job: BFX-51728351 | 26,179 |
| 63. | Date: 10/14/2014 Job: BFX-53123589 | 10,310 |
| 64. | Date: 10/14/2014 Job: BFX-53123586 | 4,530 |
| 65. | Date: 10/15/2014 Job: BFX-53172925 | 26,271 |
| 66. | Date: 11/4/2014 Job: BFX-54063649 | 31,273 |
| 67. | Date: 11/4/2014 Job: BFX-54064549 | 3,652 |
| 68. | Date: 11/5/2014 Job: BFX-54125357 | 4,623 |
| 69. | Date: 11/5/2014 Job: BFX-54125982 | 25,777 |
| 70. | Date: 11/6/2014 Job: BFX-54195651 | 951 |
| 71. | Date: 11/6/2014 Job: BFX-54195897 | 5,093 |
| 72. | Date: 11/6/2014 Job: BFX-54198373 | 1,213 |
| 73. | Date: 11/6/2014 Job: BFX-54198477 | 10,265 |
| 74. | Date: 11/12/2014 Job: BFX-54479647 | 1,264 |
| 75. | Date: 2/4/2015 Job: BFX-58218119 | 37,484 |
| 76. | Date: 2/4/2015 Job: BFX-58230020 | 7,472 |
| 77. | Date: 2/10/2015 Job: BFX-58500740 | 40,339 |
| 78. | Date: 2/11/2015 Job: BFX-58554742 | 15,122 |
| 79. | Date: 3/11/2015 Job: BFX-59898177 | 28,623 |
| 80. | Date: 3/11/2015 Job: BFX-59898178 | 26,591 |
| 81. | Date: 3/18/2015 Job: BFX-60246878 | 37,499 |

| # | Date | Job | Amount |
|---|---|---|---|
| 82. | Date: 4/21/2015 | Job: BFX-61948861 | 28,278 |
| 83. | Date: 4/21/2015 | Job: BFX-61957212 | 925 |
| 84. | Date: 4/27/2015 | Job: BFX-61997183 | 29,085 |
| 85. | Date: 4/27/2015 | Job: BFX-62167744 | 28,603 |
| 86. | Date: 5/6/2015 | Job: BFX-62678983 | 42,151 |
| 87. | Date: 5/7/2015 | Job: BFX-62740762 | 42,882 |
| 88. | Date: 6/3/2015 | Job: BFX-63970815 | 28,362 |
| 89. | Date: 6/3/2015 | Job: BFX-63970817 | 29,331 |
| 90. | Date: 6/3/2015 | Job: BFX-63970816 | 29,588 |
| 91. | Date: 6/3/2015 | Job: BFX-63970550 | 29,637 |
| 92. | Date: 6/18/2015 | Job: BFX-64706703 | 27,331 |
| 93. | Date: 6/18/2015 | Job: BFX-64706862 | 28,444 |
| 94. | Date: 6/18/2015 | Job: BFX-64706863 | 28,394 |
| 95. | Date: 6/18/2015 | Job: BFX-64706702 | 29,004 |
| 96. | Date: 7/7/2015 | Job: BFX-65544880 | 27,000 |
| 97. | Date: 7/7/2015 | Job: BFX-65544879 | 27,043 |
| 98. | Date: 7/7/2015 | Job: BFX-65544878 | 26,080 |
| 99. | Date: 7/7/2015 | Job: BFX-65544283 | 27,500 |
| 100. | Date: 7/29/2015 | Job: BFX-66450363 | 25,752 |
| 101. | Date: 7/29/2015 | Job: BFX-66450362 | 26,475 |
| 102. | Date: 7/29/2015 | Job: BFX-66450368 | 26,672 |
| 103. | Date: 7/29/2015 | Job: BFX-66475865 | 1,191 |
| 104. | Date: 7/29/2015 | Job: BFX-66476193 | 1,324 |
| 105. | Date: 7/29/2015 | Job: BFX-66476533 | 1,252 |
| 106. | Date: 7/29/2015 | Job: BFX-66447776 | 27,121 |
| 107. | Date: 7/29/2015 | Job: BFX-66480962 | 1,362 |
| 108. | Date: 8/18/2015 | Job: BFX-67353861 | 26,160 |
| 109. | Date: 8/18/2015 | Job: BFX-67353742 | 27,142 |

| | | |
|---|---|---|
| 110. | Date: 8/18/2015 Job: BFX-67353741 | 25,796 |
| 111. | Date: 8/18/2015 Job: BFX-67352730 | 26,903 |
| | **TOTAL** | **1,850,943**[*] |

*Excludes test faxes: Job: BFX-61948643 (4/21/2015) and Job: BFX-62174278 (4/27/2015)