UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 15-23142-CIV-WILLIAMS

ABC BARTENDING SCHOOL OF MIAMI, INC.,

    Plaintiff,

vs.

AMERICAN CHEMICALS & EQUIPMENT, INC.
d/b/a "GORILLA GLIDES", et al.,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on a status conference held on September 15, 2016. Pursuant to the Parties' representation that they are preparing a term sheet relating to the settlement of this action and *Bais Yaakov of Spring Valley v. American Chemicals & Equipment, Inc.*, Case No. 16cv00978 (N.D. Ala.), it is **ORDERED AND ADJUDGED** as follows:

1. This case is **REMOVED** from the trial calendar beginning September 19, 2016. A hearing on all pending motions is set for **September 27, 2016 at 1:00 p.m.**

2. By **September 20, 2016**, the Parties shall file a joint notice indicating the status of the term sheet discussed at the status conference.

3. The Parties shall execute their settlement agreement by **October 11, 2016** and shall file a motion for preliminary approval by **October 18, 2016**.

    **DONE AND ORDERED** in chambers in Miami, Florida, this 15 day of September, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE