UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 15-23142-CIV-WILLIAMS

ABC BARTENDING SCHOOL OF MIAMI, INC., *et al.*

    Plaintiffs,

vs.

AMERICAN CHEMICALS & EQUIPMENT, INC.
d/b/a "GORILLA GLIDES", *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court *sua sponte*. It is hereby **ORDERED AND ADJUDGED** that the final approval hearing in this matter is **RESET** for **April 5, 2017 at 4:00 p.m**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 27 day of March, 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE