UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CV-23142-KMW

ABC BARTENDING SCHOOL OF MIAMI, INC.,
individually and as representative of a
class of similarly-situated persons,

Plaintiff,

v.

AMERICAN CHEMICALS & EQUIPMENT, INC.
(*d.b.a.* "AMERICAN OSMENT", "GORILLA GLIDES",
and "STOCKUP.COM"), and STEVEN MOTE,

Defendants.
_____/

CASE NO. 16-CV-24705-KMW

BAIS YAAKOV OF SPRING VALLEY,
on behalf of itself and all others similarly situated,

Plaintiff,

v.

AMERICAN CHEMICALS & EQUIPMENT, INC.
d/b/a AMERICANOSMENT d/b/a STOCKUP.COM,

Defendant.
_____/

## FINAL JUDGMENT AND ORDER CLOSING CASE

**THIS MATTER**, having come before the Court after a fairness hearing and the Court's Final Approval Order (DE 122) granting Plaintiffs, ABC Bartending School of Miami, Inc. and Bais Yaakov of Spring Valley's Amended Unopposed Motion for Entry of Final Approval Order and Judgment, and the Court being fully advised in the premises, in accordance with Rule 58 of the Federal Rules of Civil Procedure, it is

**ORDERED AND ADJUDGED** as follows:

1. The Court enters final judgment under the terms set forth in the Final Approval Order.

2. All pending motions are **DENIED AS MOOT**. All hearings, trial settings, and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers, in Miami, Florida, this _10_ day of _April_ 2017.

_____
KATHLEEN M. WILLIAMS,
UNITED STATES DISTRICT JUDGE

2